## A14A1587. SCAPA DRYER FABRICS, INC. v. KNIGHT et al.
(796 SE2d 918)

MCFADDEN, Presiding Judge.

In *Scapa Dryer Fabrics v. Knight*, 332 Ga. App. 82 (770 SE2d 334) (2015), this court affirmed a final judgment entered after a jury trial, finding, among other things, that the trial court had not erred in admitting certain expert testimony. In *Scapa Dryer Fabrics v. Knight*, 299 Ga. 286 (788 SE2d 421) (2016), the Supreme Court of Georgia reversed Division 2 of our decision, holding that, regardless of its scientific validity, the expert testimony did not "fit" the legal standard for causation and so had been erroneously admitted.

The judgment of the Supreme Court is adopted in place of Division 2 of the opinion of this court. The remaining portions of our opinion "were neither addressed nor considered by the Supreme Court" and "are consistent with [that] Court's ruling," so "they become binding upon the return of the remittitur." *Shadix v. Carroll County*, 274 Ga. 560, 563-564 (1) (554 SE2d 465) (2001).

The parties have filed supplemental briefs. But the issues raised in those briefs should be considered in the first instance by the trial court.

The judgment of the trial court is reversed.

*Judgment reversed. Doyle, C. J., Barnes, P. J., Andrews, Ray, Branch, and Self, JJ., concur.*

DECIDED FEBRUARY 10, 2017.

*Hawkins Parnell Thackston & Young, H. Lane Young, M. Elizabeth O'Neill, S. Christopher Collier; Duane Morris, William D. Barwick*, for appellant.

*Buck Law Firm, Robert C. Buck*, for appellees.